WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Ruben James Sabori,<br><br>　　　　Defendant. | CR-08-01319-01-PHX-DGC<br><br><br>**ORDER** |

A pretrial revocation hearing on the Petition for Revocation of Pretrial Release was held on May 21, 2009.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

**THE COURT FURTHER FINDS** that Defendant is unlikely to abide by release conditions that would reasonably assure his appearance at future court proceedings and ensure the safety of the community.

1  **IT IS ORDERED** that Defendant shall be detained until further order of the assigned
2  District Judge.
3  DATED this 27th day of May, 2009.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge